HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| R.T., an individual, | Case No. 2:23-cv-00720-JHC |
| Plaintiff, | **ORDER RE ACCEPTANCE OF SERVICE AND DUE DATE TO RESPOND TO COMPLAINT** |
| v. | |
| BW RRI III LLC d/b/a "RED ROOF INN," | |
| Defendant. | |

THIS MATTER having come before the Court upon the Stipulation of the parties and the Court having considered the records and files herein, the Court does hereby find good cause to order that (1) counsel for Defendant agrees to accept service of the Summons and Complaint on behalf of Defendant; and (2) the time for Defendant to answer, move, or otherwise respond to the Complaint is August 15, 2023.

DATED   June 20, 2023.

*/s/ John H. Chun*
John H. Chun
United States District Judge

ORDER RE ACCEPTANCE OF SERVICE AND
DUE DATE TO RESPOND TO COMPLAINT - 1
CASE NO. 2:23-cv-00720-JHC

720235.0001/9415342.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

LANE POWELL PC

By  *s/ Andrew G. Yates*
    Andrew G. Yates, WSBA #34239
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, Washington 98111-9402
    Telephone:  206.223.7000
    yatesa@lanepowell.com

    TUCKER ELLIS LLP
    Chelsea Mikula *(pro hac vice forthcoming)*
    Sandra Wunderlich *(pro hac vice forthcoming)*
    950 Main Avenue, Suite 1100
    Cleveland, OH 44113-7213
    (216) 592-5000
    chelsea.mikula@tuckerellis.com
    sandra.wunderlich@tuckerellis.com

    *Attorneys for Defendant*

RESTORE THE CHILD, PLLC

By  s/Susanna L. Southworth
    Susanna L. Southworth, PhD, JD, WSBA #35687
    *Attorney-at-Law*
    Restore the Child, PLLC
    2522 N Proctor St, Ste 85
    Tacoma, Washington 98406
    Phone: (253) 392-4409
    susanna@restorethechild.com

    DOUGLAS & LONDON PC
    Randolph Janis*(Admitted pro hac vice)*
    59 Maiden Lane, 6th Floor
    New York, NY 10038
    (212) 566-7500
    rjanis@douglasandlondon.com

    *Attorneys for Plaintiff*

ORDER RE ACCEPTANCE OF SERVICE AND
DUE DATE TO RESPOND TO COMPLAINT - 2
CASE NO. 2:23-cv-00720-JHC

720235.0001/9415342.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107