HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.T., an individual, | Case No.  2:23-cv-00720-JHC |
| Plaintiff, | **STIPULATION AND ORDER  TO CONTINUE INITIAL DISCLOSURES AND JOINT STATUS REPORT DEADLINES** |
| v. | |
| BW RRI III LLC d/b/a "RED ROOF INN," | **NOTE ON MOTION CALENDAR: JULY 6, 2023** |
| Defendant. | |

The parties, through their respective counsel, hereby stipulate and agree as follows:

WHEREAS on June 20, 2023, the Court entered an order setting Defendant's responsive pleading deadline on August 15, 2023 (Dkt. No. 8);

WHEREAS on June 27, 2023, the Court issued an Order regarding Initial Disclosures and Joint Status Report, setting various deadlines, including: FRCP 26(f) Conference deadline of July 11, 2023; Initial Disclosures deadline of July 25, 2023; and Joint Status Report due by August 1, 2023 (Dkt. No. 9).

WHEREAS on June 28, 2023, the parties met and conferred regarding stipulating to extend these deadlines until after the August 15 due date for Defendant's responsive pleading.  The parties agree that extending these deadlines—until after Defendant has submitted its responsive pleading and had an opportunity to evaluate Plaintiff's allegations and its potential defenses—will promote efficiency in this matter.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Based on the foregoing, and subject to approval by this Court, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant's undersigned counsel that:

(1) the deadline for the FRCP 26(f) Conference is continued until August 29, 2023;

(2) the Initial Disclosure deadline is continued until September 12, 2023; and

(3) the parties' Joint Status Report is now due on September 19, 2023.

DATED: July 6, 2023

LANE POWELL PC

By:     *s/ Andrew G. Yates*

Andrew G. Yates, WSBA No. 34239
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
(206) 206) 223-7000
yatesa@lanepowell.com

TUCKER ELLIS LLP
Chelsea Mikula *(pro hac vice pending)*
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
(216) 592-5000
chelsea.mikula@tuckerellis.com

Sandra J. Wunderlich, *pro hac vice pending*
100 South 4th Street, Suite 600
St. Louis, MO 63102-1822
(314) 256-2550
sandra.wunderlich@tuckerellis.com

Nicholas V. Janizeh, *pro hac vice pending*
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071-2223
(213) 430-3400
nicholas.janizeh@tuckerellis.com

*Attorneys for Defendant*

STIPULATION AND ORDER TO CONTINUE
INITIAL DISCLOSURES AND JOINT STATUS
REPORT DEADLINES - 2
CASE NO. 2:23-cv-00720-JNC
720235.0001/9434077.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

RESTORE THE CHILD, PLLC


By:    *s/ Susanna L. Southworth*
Susanna L. Southworth, PhD, JD, WSBA #35687
*Attorney-at-Law*
Restore the Child, PLLC
2522 N Proctor St, Ste 85
Tacoma, Washington 98406
Phone: (253) 392-4409
susanna@restorethechild.com

DOUGLAS & LONDON PC
Randolph Janis*(Admitted pro hac vice)*
59 Maiden Lane, 6th Floor
New York, NY 10038
(212) 566-7500
rjanis@douglasandlondon.com

*Attorneys for Plaintiff*


PURSUANT TO STIPULATION, IT IS ORDERED that:

(4) the deadline for the FRCP 26(f) Conference is continued until August 29, 2023;

(5) the Initial Disclosure deadline is continued until September 12, 2023; and

the parties' Joint Status Report is now due on September 19, 2023.


DATED: July 6, 2023


JOHN H. CHUN
United States District Court Judge


STIPULATION AND ORDER TO CONTINUE
INITIAL DISCLOSURES AND JOINT STATUS
REPORT DEADLINES - 3
CASE NO. 2:23-cv-00720-JNC
720235.0001/9434077.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107