HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.T., an individual,<br><br>              Plaintiff,<br><br>   v.<br><br>BW RRI III LLC d/b/a "RED ROOF INN,"<br><br>              Defendant. | Case No.  2:23-cv-00720-JHC<br><br>**STIPULATION AND ORDER ON BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 1, 2023** |

The parties, through their respective counsel, hereby stipulate and agree as follows subject to the Court's approval:

**<u>STIPULATION</u>**

1.  On August 15, 2023, Defendants filed a Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint (Dkt. 18) ("Motion").

2.  The parties have conferred regarding the response and reply deadlines for Defendant's Motion and agreed to the following briefing schedule, which will promote efficiency and accommodate the schedules of all counsel:

   a. Deadline for Plaintiff's Response in Opposition to Defendant's Motion:

   September 11, 2023

   b. Deadline for Defendant's Reply in Support of its Motion:

   September 18, 2023

STIPULATION AND ORDER RE: BRIEFING
SCHEDULE ON MTD - 1
CASE NO. 2:23-cv-00720-JNC

720235.0001/9496414.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

3.      To accommodate the parties' proposed briefing scheduling on Defendant's Motion, Defendants hereby renote the Motion for Friday, September 18, 2023 without oral argument.

DATED: September 1, 2023

LANE POWELL PC


By:   *s/ Andrew G. Yates*
Andrew G. Yates, WSBA No. 34239
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
(206) 206) 223-7000
yatesa@lanepowell.com

TUCKER ELLIS LLP
Chelsea Mikula *(pro hac vice pending)*
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
(216) 592-5000
chelsea.mikula@tuckerellis.com

Sandra J. Wunderlich, *pro hac vice pending*
100 South 4th Street, Suite 600
St. Louis, MO 63102-1822
(314) 256-2550
sandra.wunderlich@tuckerellis.com

Nicholas V. Janizeh, *pro hac vice pending*
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071-2223
(213) 430-3400
nicholas.janizeh@tuckerellis.com

*Attorneys for Defendant*

STIPULATION AND ORDER RE: BRIEFING SCHEDULE ON MTD - 2
CASE NO. 2:23-cv-00720-JNC

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

720235.0001/9496414.1

RESTORE THE CHILD, PLLC


By:   *s/ Susanna L. Southworth*
Susanna L. Southworth, PhD, JD, WSBA #35687
*Attorney-at-Law*
Restore the Child, PLLC
2522 N Proctor St, Ste 85
Tacoma, Washington 98406
Phone: (253) 392-4409
susanna@restorethechild.com

DOUGLAS & LONDON PC
Randolph Janis *(Admitted pro hac vice)*
59 Maiden Lane, 6th Floor
New York, NY 10038
(212) 566-7500
rjanis@douglasandlondon.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER RE: BRIEFING
SCHEDULE ON MTD - 3
CASE NO. 2:23-cv-00720-JNC

720235.0001/9496414.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that:

1. Defendant's Motion is re-noted for Friday, September 22, 2023 without oral argument;

2. Plaintiff's Response in Opposition to Defendant's Motion is due by September 11, 2023; and

3. Defendant's Reply in Support of its Motion is due by September 18, 2023.

DATED: September 1, 2023

JOHN H. CHUN
United States District Court Judge

STIPULATION AND ORDER RE: BRIEFING
SCHEDULE ON MTD - 4
CASE NO. 2:23-cv-00720-JNC

720235.0001/9496414.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107